UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-MJ-1181-WW-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKBA JIHAD JORDAN | NOTICE OF APPEARANCE |

I, Robert H. Hale, Jr., hereby give notice to this Honorable Court, pursuant to Local Rule 44.1, that I am representing the above-named defendant in this criminal case. Furthermore, by filing this Notice of Appearance, I certify that a copy of this Notice of Appearance has been served upon:

    AUSA Eric Goulian
    Office of the United States Attorney, E.D.N.C.
    310 New Bern Avenue
    Suite 800, Federal Building
    Raleigh, NC 27601

by electronic submission.

Respectfully submitted this the 28th day of March, 2014.

                                            ROBERT H. HALE, JR. & ASSOCIATES
                                            ATTORNEYS AT LAW, PC

                                            /s/ Robert H. Hale, Jr.
                                            _____
                                            Attorney for Defendant (CJA Counsel)
                                            N.C. State Bar No. 21352
                                            P.O. Box 1349
                                            Raleigh, NC 27602
                                            Telephone: 919/838-0058
                                            Facsimile: 919/833-9427
                                            robert@halecriminallaw.com